UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL MORRISON | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. _____ |
| (FORMERLY 32ND JUDICIAL DISTRICT | * | |
| COURT, LOUISIANA – CASE NO. | * | |
| 193274) | * | JUDGE: _____ |
| | * | |
| HOUMA POLICE DEPARTMENT; | * | |
| TERREBONNE PARISH SHERIFF'S | * | MAG. JUDGE: |
| OFFICE; TERREBONNE PARISH | * | _____ |
| CONSOLIDATED GOVERNMENT; | * | |
| LIEUTENANT CHASE BLANCHARD; | * | |
| DETECTIVE ROBERT LOTTINGER; | * | |
| AND OFFICER OLIVER HOLMES | * | |

************* * * * * * * * * * * * * * * * * *

## NOTICE OF REMOVAL

Defendants, **Houma Police Department** (HPD), **Terrebonne Parish Sheriff's Office** (TPSO), **Terrebonne Parish Consolidated Government** (TPCG), **Lieutenant Chase Blanchard** (Blanchard), **Detective Robert Lottinger** (Lottinger), and **Officer Oliver Holmes** (Holmes)**,** remove case number 193274 from the 32nd Judicial District Court, Terrebonne Parish, Louisiana to the United States District Court, Eastern District of Louisiana pursuant to 28 USC § 1331 and as grounds for its removal state as follows.

1.

On March 31, 2022, Plaintiff commenced an action in the 32nd Judicial District Court, Terrebonne Parish, Louisiana entitled Michael  Morrison v. Houma Police Department, Terrebonne Parish Sheriff's Office, Terrebonne Parish Consolidated Government, Lieutenant Chase Blanchard, Detective Robert Lottinger, and Officer Oliver Holmes, Docket No. 193274, a copy of which is attached.

2.

This action is a civil action for which the court has original jurisdiction under 28 USCA § 1331, and is one which may be removed to this court by Defendants pursuant to the provisions of 28 USC § 1441(a) and § 1446 and that Plaintiff's claims against Defendants arise under 28 USCA 1343, 42 USCA § 1983, and the Fourth and Fourteenth Amendments of the United States Constitution.

3.

This notice of removal is being filed within thirty days after receipt by Defendants, through service or otherwise, of Plaintiffs' Petition for Damages, receipt having occurred on March 31, 2022.

4.

Pursuant to 29 USCA § 1446(a) Defendants have provided a written notice of removal to the 32nd Judicial District Court, Terrebonne Parish, Louisiana as well as Plaintiff's counsel, a copy of which is attached to the Notice of Removal as an exhibit.

5.

Furthermore, based on current information and belief, the amount in controversary, exclusive of interest and costs, exceeds $75,000.00.

6.

Venue is proper in this court pursuant to 28 USCA §§ 1441(a) and 1446(a) because the U.S. District Court, Eastern District of Louisiana is the Federal Judicial District embracing the 32nd Judicial District Court, Terrebonne Parish, Louisiana, where the state court action was originally filed.

**WHEREFORE**, Defendants, Houma Police Department, Terrebonne Parish Sheriff's Office, Terrebonne Parish Consolidated Government, Lieutenant Chase Blanchard, Detective Robert Lottinger, and Officer Oliver Holmes, request that the action be removed from the 32nd Judicial District Court, Terrebonne Parish, Louisiana to this court.  By this Notice of Removal, Defendants, Houma Police Department, Terrebonne Parish Sheriff's Office, Terrebonne Parish Consolidated Government, Lieutenant Chase Blanchard, Detective Robert Lottinger, and Officer Oliver Holmes, do not waive any objection they may have as to service, jurisdiction, or venue, or any other defenses or objections it may have to this action.

Respectfully Submitted:

**HEBERT & MARCEAUX, L.L.C.**

*/s/ Brian J. Marceaux*
BRIAN J. MARCEAUX (#19694)
JULIUS P. HEBERT, JR. (#14367)
DERICK A. BERCEGEAY (#39122)
4752 Highway 311, Suite 114
Houma, Louisiana 70360
Telephone: (985) 876-4324
Facsimile:  (985) 876-4325
Email: brianmarceaux@hmlawfirm.com

and

*s/William F. Dodd*
**WILLIAM F. DODD (#4978)**
**DODD LAW FIRM**
P. O. Box 950
Houma, Louisiana 70361
Tel: (985) 876-2427
wfdodd@doddlawfirm.com

## **CERTIFICATE OF SERVICE**

I certify that on April ___, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

*/s/ Brian J. Marceaux*